

ENTERED ON DOCKET
9-3-09

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

IN RE:
Pamela Lucinda Myers | CHAPTER 7
SS# xxx-xx-8765 | CASE NO: 08-44112-mgd
    Debtor. | JUDGE: Diehl

## ORDER VACATING EMPLOYER-DEDUCTION ORDER

TO:    Caraustar Industries
        Attn: Payroll Dept.
        5000 Powder Springs Rd, Suite 300
        Austell, GA 30106

**WHERETOFORE**, the Court entered an Order directing the above-named employer of the above-named debtor to deduct certain sums of money and to remit same to the Chapter 13 Trustee herein; and
It hereby is **ORDERED** that:

1. The **PREVIOUS ORDER** to the above-named employer is **VACATED**, and said employer is no longer required to make any deductions pursuant to the previous Order of this Court; and,

2. The debtor's attorney is directed to mail a copy of this Order to the following according to the record: a.) Debtor; b.) the above-stated employer; and c.) the Chapter 13 Trustee.

Dated: September 1, 2009.

                                        *Mary Grace Diehl*
                                        **MARY GRACE DIEHL**
                                        **JUDGE, US BANKRUPTCY COURT**

Order prepared by:

/s/_____
Brian R. Cahn
Attorney for Debtor
GA Bar No. 101965
5 South Public Square
Cartersville, GA 30120
(770) 382-8900

[X] Case Converted to Chapter 7